### June 11, 1964

## Commonwealth ex rel. Barron, Appellant, *v.* Maroney.

714

Submitted April 14, 1964. *Fred E. Barron,* appellant, in propria persona; *Alexander Ogle,* District Attorney, for appellee.

Order affirmed.